**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-08032-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Adelbert Johnson, et al., | |
| Defendant. | |

Before the Court is the Government's motion to transfer this case. (Doc. 29.) The motion is fully briefed (Docs. 37, 38, 39, 40), and for the reasons set forth herein, is denied.

The Government moves pursuant to Local Rule of Criminal Procedure 5.2(a)[1] to have this case, CR-25-08032-PCT-DLR, transferred to Judge Campbell, who was previously assigned two older, related cases, CR-22-08042-PCT-DGC and CR-22-08057-PCT-DGC. Rule 5.2(a) provides that "[w]henever two or more cases are *pending* before different Judges and any party believes that such cases . . . involve substantially the same parties . . . any party may file a motion to transfer the case . . . to a single Judge." LRCr. 5.2(a) (emphasis added). Although the cases assigned to Judge Campbell have been resolved, the Government argues that those cases are substantially related to this case and that those cases involve overlapping defendants with Defendants in this case. (Doc. 29 at 2.) Thus, the Government expects an overlap in discovery between the investigations. (*Id.*)

---

[1] The Government's motion also cites Local Rule of Civil Procedure 42.1(e) but does not explain its application in a criminal matter.

1	The Court finds that the cases that were before Judge Campbell have been resolved, that the resolved cases do not amount to pending cases that arise from the same events or transactions involved in those cases as set forth in Rule 5.2(a).

**IT IS ORDERED** that the Government's Motion to Transfer Case (Doc. 29) is **DENIED**.

Dated this 2nd day of May, 2025.

Douglas L. Rayes
Senior United States District Judge